**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81913-CV-CANNON**

**OASIS CAPITAL, LLC,**

Plaintiff,

v.

**DO NOT DESTROY**

**NASON, YEAGER, GERSON, HARRIS AND FUMERO, P.A., et al.,**

Defendants.

_______________________________/

## JURY NOTE

ARE WE ABLE TO SEE BERNSTEINS TESTIMONY - SPECIFICALLY LOOKING FOR ALAN ARMOUR FILING UCC1 + IT WAS THE FIRMS DECISION TO DO THE FILING WITH OUT INPUT OF CLIENT. I BELIEVE IT WAS PLAINTIFF ATTY QUESTIONING. IF I'M INCORRECT WITH THIS TESTIMONY, PLEASE LET ME KNOW.

[redacted]
Foreperson's Signature

4/4/25
Date/Time

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81913-CV-CANNON**

**OASIS CAPITAL, LLC,**

Plaintiff,

v.

**DO NOT DESTROY**

**NASON, YEAGER, GERSON, HARRIS AND FUMERO, P.A., et al.,**

Defendants.

_______________________________/

**RESPONSE TO JURY NOTE**

Ladies and Gentlemen of the Jury,

The Court is in receipt of your question regarding obtaining a copy of certain trial testimony.

You are instructed to rely on your own recollection of all of the evidence presented during trial and to follow all of the Court's instructions.

[signature]
Judge Aileen M. Cannon

1:07 PM
4/4/25

4/4/25 1:07 P.M.
Date/Time

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81913-CV-CANNON**

**OASIS CAPITAL, LLC,**

Plaintiff,

v.

**DO NOT DESTROY**

**NASON, YEAGER, GERSON, HARRIS AND FUMERO, P.A., et al.,**

Defendants.

______________________________/

**JURY NOTE**

We reached a verdict.

[redacted]
Foreperson's Signature

4/4/25 1:20pm
Date/Time