**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81913-CIV-CANNON/Reinhart**

**OASIS CAPITAL, LLC**,

Plaintiff,

v.

**NASON, YEAGER, GERSON,**
**HARRIS & FUMERO, P.A.**, and
**BRIAN BERNSTEIN**,

Defendants.
_________________________________________/

**VERDICT FORM**

We, the jury, return the following verdict:

1. Do you find by a preponderance of the evidence that there was professional negligence on the part of Defendants Nason, Yeager, Gerson, Harris & Fumero, P.A. and Brian S. Bernstein that was a legal cause of damage to Plaintiff Oasis Capital, LLC?

YES ________ NO ___✓___

*Please proceed to Question 2.*

2. Do you find by a preponderance of the evidence that there was a breach of fiduciary duty on the part of Defendants Nason, Yeager, Gerson, Harris & Fumero, P.A. and Brian S. Bernstein that was a legal cause of damage to Plaintiff Oasis Capital, LLC?

YES ________ NO ___✓___

*If you answered "Yes" to any or all of Questions 1 through 2, then please proceed to Question 3. If you answered "No" to all of Questions 1 through 2, then please have the foreperson sign and date the last page of this verdict form.*

3. Do you find by a preponderance of the evidence that Plaintiff Oasis Capital, LLC was negligent and that its negligence was a contributing legal cause of his damages?

YES ____________ NO ____________

*If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No" to Question 3, please proceed to Question 5.*

4. State the percentage of the negligence that was a legal cause of damages to Plaintiff Oasis Capital, LLC.

| | |
|---|---|
| Oasis Capital, LLC | __________% |
| Defendants | __________% |

*Total must be 100%*

*Please proceed to Question 5.*

5. What is the total amount of damage sustained by Plaintiff Oasis Capital, LLC?

$ _________.

*In determining the amount of damages, do not make any reduction because of the negligence, if any, of Plaintiff Oasis Capital, LLC. If you find that Plaintiff Oasis Capital, LLC was negligent, the Court in entering judgment will make an appropriate reduction in the damages award.*

**SO SAY WE ALL**, this 4th day of April 2025.

[redacted]

FOREPERSON