**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81913-CIV-CANNON/Reinhart**

**OASIS CAPITAL, LLC**,

Plaintiff,

v.

**NASON, YEAGER, GERSON,**
**HARRIS & FUMERO, P.A.**, and
**BRIAN BERNSTEIN**,

Defendants.
_________________________________________/

# FINAL JUDGMENT

**THIS MATTER** comes before the Court upon the conclusion of trial in this matter, conducted from March 31, 2025, to April 4, 2025 [ECF Nos. 232–235, 241], and the jury verdict entered on April 4, 2025 [ECF No. 243]. In accordance with the jury verdict and Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Final judgment is entered in favor of Defendants Brian Bernstein and Nason, Yeager, Gerson, Harris & Fumero, P.A., and against Plaintiff Oasis Capital, LLC.
2. Plaintiff shall take nothing by this action.
3. The Clerk is directed to **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida this 4th day of April 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record